```
 1  YVETTE WEINSTEIN, TRUSTEE
    6450 SPRING MOUNTAIN RD., #14
 2  LAS VEGAS, NV  89146
    Telephone: (702) 364-8919
 3
 4  Trustee in Bankruptcy
```

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>MILEY, CHRISLIN LEHUA<br>WOHLHART, CHRISLIN L.<br>Debtor(s) | Case No. 11-20570 MKN<br>Chapter 7<br>NOTICE OF UNCLAIMED FUNDS |

TO:  Clerk, United States Bankruptcy Court

FROM:  Yvette Weinstein, Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS613300 |
|---|---|---|---|
| Ck 106 | **CHRISTINE LEHUA MILEY**<br>6501 W Charleston Apt 237<br>Las Vegas, NV 89146 | | $6,390.49 |
| TOTAL | | | $6,390.49 |

Dated:  07/06/2017

_____
Yvette Weinstein, Trustee