YVETTE WEINSTEIN, TRUSTEE
6450 SPRING MOUNTAIN RD., #14
LAS VEGAS, NV  89146
(702) 364-8919
          Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  MILEY, CHRISLIN LEHUA                                    Case No.  11-20570
          WOHLHART, CHRISLIN L.

                                                                              Chapter   7
_____,
                    Debtors

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

          YVETTE WEINSTEIN, TRUSTEE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

          1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

          2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $44,196.00 | Assets Exempt:  $19,196.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants:$2,420.00 | Claims Discharged<br>Without Payment: $12,025.00 |
| Total Expenses of Administration:$15,201.02 | |

          3)  Total gross receipts of $      24,011.51     (see **Exhibit 1** ), minus funds paid to the debtor
   and third parties of $      6,390.49   (see **Exhibit 2**), yielded net receipts of  $17,621.02
   from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $116,000.00 | $3,634.33 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,201.02 | 15,201.02 | 15,201.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,025.00 | 2,420.00 | 2,420.00 | 2,420.00 |
| **TOTAL DISBURSEMENTS** | $133,025.00 | $21,255.35 | $17,621.02 | $17,621.02 |

4)  This case was originally filed under Chapter 7 on July 01, 2011.
The case was pending for 73 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/15/2017 _____   By: /s/YVETTE WEINSTEIN, TRUSTEE_____
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| funds held in County Assessor's office | 1229-000 | 24,011.51 |
| **TOTAL GROSS RECEIPTS** | | **$24,011.51** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MILEY, CHRISLIN LEHUA | First and Final Distribution | 8200-002 | 0.00 |
| CLERK, U.S. BANKRUPTCY COURT | UNCLAIMED FUNDS for Check 106 | 8200-002 | 6,390.49 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$6,390.49** |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | DESERT SANDS VILLAS HOA | 4110-000 | N/A | 3,634.33 | 0.00 | 0.00 |
| NOTFILED | Chase Manhattan Bank USA, NA | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual Centralized | 4110-000 | 116,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Onewest Bank, FSB | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$116,000.00** | **$3,634.33** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - YVETTE WEINSTEIN, TRUSTEE | 2100-000 | N/A | 2,512.10 | 2,512.10 | 2,512.10 |
| Trustee Expenses - YVETTE WEINSTEIN, TRUSTEE | 2200-000 | N/A | 79.61 | 79.61 | 79.61 |
| Other - SCHWARTZER & MCPHERSON LAW FIRM | 3210-000 | N/A | 6,017.50 | 6,017.50 | 6,017.50 |
| Other - SCHWARTZER & MCPHERSON LAW FIRM | 3220-000 | N/A | 88.80 | 88.80 | 88.80 |
| Other - Legacy Asset Recovery, LLC | 3991-000 | N/A | 6,002.87 | 6,002.87 | 6,002.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.62 | 12.62 | 12.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.39 | 28.39 | 28.39 |
| Other - PAUL M. HEALEY, CPA | 3410-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 6.91 | 6.91 | 6.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.63 | 25.63 | 25.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.97 | 26.97 | 26.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.57 | 23.57 | 23.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.05 | 26.05 | 26.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,201.02 | $15,201.02 | $15,201.02 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | UMC | 7100-000 | 2,000.00 | 1,806.91 | 1,806.91 | 1,806.91 |
| 1I | UMC | 7990-000 | N/A | 19.86 | 19.86 | 19.86 |
| 3 | VALLEY HOSPITAL MEDICAL CENTER | 7200-000 | 3,000.00 | 586.78 | 586.78 | 586.78 |
| 3I | VALLEY HOSPITAL MEDICAL CENTER | 7990-000 | N/A | 6.45 | 6.45 | 6.45 |
| NOTFILED | Allied Collection Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Southwest Medical Associates | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Radiology Assoc NV | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | EMCare Shadow Emergency Phys. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Aargon Agency Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Sustems | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | Target Corporation | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Buerau Central | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Plus Four Inc Judgment Recovery Specialists | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Monterey Collection Services | 7100-000 | 1,350.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Credit Services | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Interstate, Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Bank USA, NA | 7100-000 | 8,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Century Link | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | AcctCorp of Southern Nevada | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Account Resolution Associates | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Desert Radiologists | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| NOTFILED | LVNV Funding | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | CMRE Financial  Serv. Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MCI | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | EPMG/University Medical Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Escallate, Inc | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $17,025.00 | $2,420.00 | $2,420.00 | $2,420.00 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-20570

**Case Name:** MILEY, CHRISLIN LEHUA

**Period Ending:** 08/15/17

**Trustee:** (480160)  YVETTE WEINSTEIN, TRUSTEE

**Filed (f) or Converted (c):** 07/01/11 (f)

**§341(a) Meeting Date:** 08/03/11

**Claims Bar Date:** 05/17/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Former residence 890 Stainglass, Las Vegas, NV 8<br>Stay Lifted 10/14/11  Doc 21<br>Imported from original petition Doc# 1 | 34,000.00 | 0.00 | | 0.00 | FA |
| 2  Checking and savings account, America First Cred<br>Imported from original petition Doc# 1 | 246.00 | 0.00 | | 0.00 | FA |
| 3  misc. household goods, electronics, furnishings<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 4  personal clothing<br>Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 5  Jewelry<br>Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 6  Debtor has a term life insurance policy with no<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7  2005 Saturn Vue, paid off.<br>Imported from original petition Doc# 1 | 6,000.00 | 0.00 | | 0.00 | FA |
| 8  funds held in County Assessor's office  (u)<br>7/2/15: Trustee will get this<br>collection company employed<br>to pursue these unclaimed funds<br>6/29/15: trustee re apppointed<br>see DKT 27-29<br>trustee will get Asset Recovery<br>appointed to pursue funds held by Clark County<br>Assessor's office | 0.00 | 20,000.00 | | 24,011.51 | FA |
| 8  Assets  Totals (Excluding unknown values) | $44,196.00 | $20,000.00 | | $24,011.51 | $0.00 |

**Major Activities Affecting Case Closing:**

06/27/17  TDR will be filed as soon as checks clear bank account

06/06/17  emailed cmiley@verizon.net  re returned to sender check.   unable to locate working telephone number for her

05/23/17  checks disbursed

04/11/17  TFR completed

02/28/17  Attorney fee application hearing is 03/29/17  2:30 PM

12/8/16: advised Jason Imes to prepare his final fee application and will be prepared by December 31, 2016

12/7/16: e-filed exparte motion to appoint and pay Paul Healey to UST for approval; will then e-file with the court

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-20570

**Case Name:** MILEY, CHRISLIN LEHUA

**Period Ending:** 08/15/17

**Trustee:** (480160)   YVETTE WEINSTEIN, TRUSTEE

**Filed (f) or Converted (c):** 07/01/11 (f)

**§341(a) Meeting Date:** 08/03/11

**Claims Bar Date:** 05/17/16

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

12/6/16: reviewed and mailed to IRS estates' final tax return; willl prepare ex parte application to pay Paul Healey and Order thereon; will await letter from IRS approving the estate's final estate tax return prior to filing TFR which should be accomplished approximately 2/28/17---claims review has been started

10/27/16 mailed check to Legacy Asset Recovery per court order DKT 46

10/13/16  received check from Clark County and emailed documents to Healey for tax return preparation

7/19/16: w-9 prepared and sent to County Assessor's office and will get notarized release of funds sent to assessor's office; may be dispute with debtor although the Assessor's office per letter dated 7/6/16 indicates

that the assessor has honored claim of bankruptcy estate- advised by counsel Jason Imes to wait 90 days before send final paperwork to county assessor's office indicates that it has received competing claims for funds from

Republic Services and debtor but the County Assessor's proposed to pay zero to them and 100% to bankruptcy estate.

1/5/16: All documents have been received by Clark County Assessor's office and in waiting mode of one year period which all claims must be filed with Assessor's office by other parties--Claim of

Bankruptcy Estate was first claim into assessor's office requesting funds--may do a motion for turnover if the delay takes too long in getting the funds. (excess proceeds from tax sale )

12/31/15: requested status report on funds from Legacy Asset Recovery on obtaining funds from County Assessor's office (Clark County)

11/15/15: reviewed and signed documentation needed to get claim funds from County Assessor's office and filed with County Assessor's office

9/15/15: Legacy Asset Recover filed trustee's claim with County Assessor's office per review of County Assessor's roll

9/14/15 Legacy: Asset Recovery Appointed to pursue tax claim funds with County Assessor's office DKT 43 and 44

8/4/15: Schwartzer & McPherson appointed as general counsel for trustee DKT 32

7/2/15:  The trustee has been re appointed by the United States Trustee's office, See dkt.27-29 and trustee's attorney will get collection expert appointed to collect fees held by Clark Co. Assessor's office

and trustee was reappointed on 6/29/15.  Trustee's attorney will get collection expert appointed to pursue these funds.

Assessor's office (after relief of stay completed) these are unclaimed funds held by County Assessor--there is no homestead on this asset which was debtor's former residence.

6/3/15: will file motion to reopen case in order to obtain funds held by County Assessor's office, and asked Jason Imes to get appointed for trustee

**Initial Projected Date Of Final Report (TFR):**      December 15, 2017

**Current Projected Date Of Final Report (TFR):**      April 11, 2017  (Actual)

Exhibit 9

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-20570 | |
| **Case Name:** MILEY, CHRISLIN LEHUA | |
| **Taxpayer ID #:** **-***9060 | |
| **Period Ending:** 08/15/17 | |

| | |
|---|---|
| **Trustee:** | YVETTE WEINSTEIN, TRUSTEE (480160) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******4166 - Checking Account |
| **Blanket Bond:** | $36,953,936.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/13/16 | {8} | Clark County Nevada / Miley | Funds Held in County Assessor's Office - Surplus Funds per Order 09/08/15  Doc 43 | 1229-000 | 24,011.51 | | 24,011.51 |
| 10/27/16 | 101 | Legacy Asset Recovery, LLC | Recovery Fee per Order 09/08/15  Doc 43 | 3991-000 | | 6,002.87 | 18,008.64 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.62 | 17,996.02 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.39 | 17,967.63 |
| 12/15/16 | 102 | PAUL M. HEALEY, CPA | Accountant Fees per Order 12/13/16  Doc 54 | 3410-000 | | 350.00 | 17,617.63 |
| 12/22/16 | 103 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/22/2016 FOR CASE #11-20570, Bond # 016048576 | 2300-000 | | 6.91 | 17,610.72 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.63 | 17,585.09 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.97 | 17,558.12 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.57 | 17,534.55 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.05 | 17,508.50 |
| 05/23/17 | 104 | YVETTE WEINSTEIN, TRUSTEE | Dividend paid 100.00% on $79.61, Trustee Expenses;  Reference: | 2200-000 | | 79.61 | 17,428.89 |
| 05/23/17 | 105 | YVETTE WEINSTEIN, TRUSTEE | Dividend paid 100.00% on $2,512.10, Trustee Compensation;  Reference: | 2100-000 | | 2,512.10 | 14,916.79 |
| 05/23/17 | 106 | MILEY, CHRISLIN LEHUA | First and Final Distribution Stopped on 07/06/17 | 8200-002 | | 6,390.49 | 8,526.30 |
| 05/23/17 | 107 | SCHWARTZER & MCPHERSON LAW FIRM | Combined Check for Claims#ADMIN,ADMIN | | | 6,106.30 | 2,420.00 |
| | | | Dividend paid 100.00%        6,017.50 on $6,017.50;  Claim# ADMIN; Filed: $6,017.50 | 3210-000 | | | 2,420.00 |
| | | | Dividend paid 100.00%        88.80 on $88.80;  Claim# ADMIN; Filed: $88.80 | 3220-000 | | | 2,420.00 |
| 05/23/17 | 108 | UMC | Combined Check for Claims#1,1I | | | 1,826.77 | 593.23 |
| | | | Dividend paid 100.00%        1,806.91 on $1,806.91;  Claim# 1; Filed: $1,806.91; Reference: 67076612 67732420 | 7100-000 | | | 593.23 |
| | | | Dividend paid 100.00%        19.86 on $19.86;  Claim# 1I; Filed: $19.86; Reference: 67076612 67732420 | 7990-000 | | | 593.23 |
| 05/23/17 | 109 | VALLEY HOSPITAL MEDICAL | Combined Check for Claims#3,3I | | | 593.23 | 0.00 |

Subtotals :    $24,011.51    $24,011.51

{} Asset reference(s)

Printed: 08/15/2017 11:53 AM    V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-20570 | |
| **Case Name:** MILEY, CHRISLIN LEHUA | |
| | |
| **Taxpayer ID #:** **-***9060 | |
| **Period Ending:** 08/15/17 | |

| | |
|---|---|
| **Trustee:** | YVETTE WEINSTEIN, TRUSTEE (480160) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******4166 - Checking Account |
| **Blanket Bond:** | $36,953,936.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | CENTER | | | | | | |
| | | | Dividend paid 100.00%<br>on $586.78;  Claim# 3;<br>Filed: $586.78;<br>Reference: 3511 | 586.78 | 7200-000 | | | 0.00 |
| | | | Dividend paid 100.00%<br>on $6.45;  Claim# 3I;<br>Filed: $6.45;  Reference:<br>3511 | 6.45 | 7990-000 | | | 0.00 |
| 07/06/17 | 106 | MILEY, CHRISLIN LEHUA | First and Final Distribution<br>Stopped: check issued on 05/23/17 | | 8200-002 | | -6,390.49 | 6,390.49 |
| 07/06/17 | 110 | CLERK, U.S. BANKRUPTCY<br>COURT | UNCLAIMED FUNDS for Check 106 | | 8200-002 | | 6,390.49 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 24,011.51 | 24,011.51 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 24,011.51 | 24,011.51 | |
| Less: Payments to Debtors | | 6,390.49 | |
| **NET Receipts / Disbursements** | **$24,011.51** | **$17,621.02** | |

| | |
|---|---|
| Net Receipts : | 24,011.51 |
| Less Payments to Debtor : | 6,390.49 |
| | |
| Net Estate : | $17,621.02 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4166** | 24,011.51 | 17,621.02 | 0.00 |
| | **$24,011.51** | **$17,621.02** | **$0.00** |

{} Asset reference(s)